THE CITY OF SYRACUSE, Appellant, *v.* CHARLES HUBBARD et al., Respondents.

*City of Syracuse* v. *Hubbard,* 64 App. Div. 587, appeal dismissed.
(Argued November 12, 1901; decided November 19, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 18, 1901, which affirmed an order of Special Term vacating a temporary injunction.

*J. S. Thorn* and *M. Z. Haven* for appellant.

*Alexander H. Cowie* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

THE FARMERS' LOAN AND TRUST COMPANY, as Trustee, Respondent, *v.* THE NEW YORK AND NORTHERN RAILWAY COMPANY et al., Respondents, and ARTEMAS H. HOLMES and ALFRED R. PICK, Appellants.

(Submitted November 11, 1901; decided November 19, 1901.)

Motion for restitution, under section 1323 of the Code of Civil Procedure, denied, without costs. (See 150 N. Y. 410.)